934

No. 72–5727. WEBSTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5728. BORKENHAGEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5729. BLANKENSHIP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5737. DEATON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5738. GOLIDAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5739. LYNOTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5740. PEREZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–5741. MUNCASTER v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–5747. THOMPSON v. BREWER, JUDGE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–5751. ARCHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5753. ADLER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–5754. SAN MARTIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5759. SIGNER v. CINCINNATI BAR ASSN. Sup. Ct. Ohio. Certiorari denied.